# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2162

_____

Larry Hamilton

*Plaintiff - Appellant*

v.

Mark Stodola, In his official capacity as Mayor of the City of Little Rock, Arkansas; City of Little Rock; Brittany Godfrey; Mitchel Jackson; Ditech Financial LLC; Green Tree Servicing LLC; Kamal Ellis; Clean Sweep Management LLC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: May 17, 2019
Filed: May 22, 2019
[Unpublished]

_____

Before ERICKSON, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this removed action raising state and federal claims, Larry Hamilton appeals following the district court's[1] grant of summary judgment on his federal claims, and remand to state court to address his state law claims. Having carefully reviewed the evidentiary record and the parties' arguments on appeal, we find that the district court did not err in granting summary judgment on the federal claims and did not abuse its discretion in remanding the state law claims. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo); Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 357 (1988) (district court has discretion to remand a removed case to state court when all federal law claims have been eliminated and only state claims remain). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.